OPINION — AG — ** COMMISSIONERS OF THE LAND OFFICE — FARM MORTGAGE LOANS ** QUESTION(1): MAY THE COMMISSIONERS OF THE LAND OFFICE MAKE FARM MORTGAGE LOANS IN EXCESS OF $80,000 ? — NEGATIVE, QUESTION(2): MAY THE COMMISSIONERS OF THE LAND OFFICE LOAN MORE THEN $200.00 PER ACRE ON SECURITY OFFERED FOR FARM MORTGAGE LOANS ? — NEGATIVE (INTEREST, INVESTMENT) CITE: ARTICLE XI, SECTION 6, 64 O.S. 52 [64-52] (JAMES H. GRAY)